# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DENISE DEASON

VERSUS

L.W. "BUD" GREGG, III AND
STATE FARM INSURANCE COMPANY

NO. 2022 CW 1173

**DECEMBER 1,2022**

In Re:   Lauren W. "Bud" Gregg, III D/B/A State Farm Agent, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-12390.

BEFORE:   **WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

> **VGW**
> **JMG**
> **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT